IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| ROY MANDELL SMITH, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| VS. | : | 7:23-CV-61 (WLS) |
| | : | |
| Warden JACOB BEASLEY, | : | |
| | : | |
| Respondent. | : | |
| | : | |

**ORDER**

On September 8, 2023, Petitioner filed a document styled as a Motion for Disclosure of Prior State Habeas Corpus Case Successfully Won. (Doc. 13). In this Motion, Petitioner asserts that he is the "prosecutor" in this case and is thus required to make disclosures pursuant to a state statute governing discovery in criminal proceedings. *See* O.C.G.A. 17-16-4(a)(1) ("The prosecuting attorney shall…disclose to the defendant…any relevant written or recorded statements made by the defendant, or copies thereof, within the possession, custody, or control of the state or prosecution."). Petitioner attaches a Final Order dismissing his previous state habeas proceeding, as well as his objections to a Report and Recommendation issued in a § 1983 case filed in the Southern District of Georgia.

Petitioner does not appear to request any disclosures from Respondent in this Motion. However, to the extent Petitioner does make such a request, the Court would note that Respondent appears to have complied with both this Court's prior order (Doc. 7) and Rule 5 of the Rules Governing § 2254 Cases by filing briefs and opinions from Petitioner's prior appellate proceedings related to this case. Accordingly, to the extent Petitioner's Motion is a request for these documents,

the Motion is **DENIED AS MOOT**. (Doc. 13).

    **SO ORDERED**, this 27th day of September, 2023.

                                          s/ ***THOMAS Q. LANGSTAFF***
                                          UNITED STATES MAGISTRATE JUDGE