IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ROY MANDELL SMITH, | * |
| Plaintiff, | * |
| v. | Case No. 7:23-cv-61 (WLS) |
| | * |
| JACOB BEASLEY, | |
| | * |
| Defendant. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated April 26, 2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 26th day of April, 2024.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk